JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DEBRA E. JAMES,<br>        Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>        Defendant | )  Case No.  5:25-cv-03242-MBK<br>)<br>)<br>)  ~~[PROPOSED]~~<br>)  **JUDGMENT FOR VOLUNTARY**<br>)  **REMAND PURSUANT TO**<br>)  **SENTENCE FOUR OF 42 U.S.C. §**<br>)  **405(g)**<br>)<br>) |

        The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

        **IT IS SO ORDERED.**

Dated:    06/02/2026      _____
                THE HONORABLE MICHAEL B. KAUFMAN
                U.S. MAGISTRATE JUDGE

-1-